THE HONORABLE TANA LIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC., <br><br> Plaintiff, <br><br> v. <br><br> CVS PHARMACY, INC., a Rhode Island corporation, <br><br> Defendant. | NO.    2:23-cv-01023-TL <br><br> STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE |

THE PARTIES above named, through their attorneys Russell J. Reid of Reid, Ballew, Leahy & Holland, L.L.P., attorneys for Plaintiff, and Ryan P. Hammond of Littler Mendelson, P.C., attorneys for Defendant, CVS Pharmacy, Inc., hereby stipulate that the above-referenced action should be dismissed, with prejudice, and with each party bearing its own attorneys' fees and costs.  This Stipulation shall not foreclose Plaintiff or the Trust, based on res judicata principles or other legal principles, from collecting additional contributions, liquidated damages, interest and attorney's fees for the time period encompassed by this action, March

STIPULATION AND ORDER FOR DISMISSAL
WITH PREJUDICE – 2:23-cv-01023-TL
Page 1 of 3

2023, if a future audit or some other source reveals that Defendant owes the Plaintiff additional amounts for said period, or from collecting contributions, liquidated damages, interest, attorney's fees and costs for any period other than March 2023.

DATED this ___24th__ day of __August____, 2023.

REID, BALLEW, LEAHY & HOLLAND, L.L.P.

LITTLER MENDELSON, P.C.

s/ Russell J. Reid
Russell J. Reid, WSBA #2560
100 West Harrison Street
North Tower, Suite 300
Seattle WA 98119
206) 285-0464
Email: rjr@rmbllaw.com
Attorney for Plaintiff

s/ Ryan P. Hammond
Ryan P. Hammond, WSBA #38888
One Union Square
600 University Street, Suite 3200
Seattle WA 98101-3122
(206) 623-3300
Email: rhammond@littler.com
Attorney for Defendant

**ORDER OF DISMISSAL**

Based on the foregoing Stipulation of Plaintiff and Defendant,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that this action shall be and is hereby dismissed with prejudice and that each party shall bear its own attorneys' fees and costs of suit.  This Order shall not foreclose Plaintiff or the Trust, based on res judicata principles or other legal principles, from collecting additional contributions, liquidated damages, interest and attorneys fees for the time period encompassed by this action, March 2023, if a future audit or some other source reveals that Defendant owes the Plaintiff additional

amounts for said period, or from collecting contributions, liquidated damages, interest, attorney's fees and costs for any period other than March 2023.

      ORDER ENTERED this 24th day of August, 2023.

_____
Tana Lin
United States District Judge

Submitted for Entry:

REID, BALLEW,LEAHY & HOLLAND, L.L.P.

By: _s/ Russell J. Reid_____
Russell J. Reid, WSBA #2560
100 West Harrison Street, N. Tower, #300
Seattle WA 98119
Telephone:  (206) 285-0464
Fax:  (206) 285-8925
Email:  rjr@rmbllaw.com
Attorney for Plaintiff